FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIAN LEE YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>MAURO V. ORTIZ, AMY L. KLEINBACH, MIKIYA J. STOWE, CHRISTINE R. BRULE, JEREMY J. TURNER, JEFFREY A. KINNE, MALISSA ANDREWJETSKI, and GARY BOHAN,<br><br>Defendants. | No. 4:25-cv-5178-EFS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Complaint. ECF No. 26. Plaintiff, an individual incarcerated at the Coyote Ridge Corrections Center, is proceeding *pro se* and *in forma pauperis*. ECF No. 17. Defendants have not been served in this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 26**, is **GRANTED.**

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Court certifies that any appeal of this dismissal would not be taken in good faith.

4. The Clerk of Court is directed to **CLOSE** the file.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, **enter judgment without prejudice,** and provide a copy to Plaintiff.

DATED this 25th day of August 2026.

Edward F. Shea

EDWARD F. SHEA
Senior United States District Judge