AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2026

SEAN F. MCAVOY, CLERK

JULIAN LEE YOUNG,

*Plaintiff*

v.

MAURO V. ORTIZ, AMY L. KLEINBACH, MIKIYA J. STOWE, CHRISTINE R. BRULE, JEREMY J. TURNER, JEFFREY A. KINNE, MALISSA ANDREWJETSKI, and GARY BOHAN,

*Defendant*

Civil Action No. 4:25-cv-5178-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 26) is GRANTED. Judgment of Dismissal Without Prejudice is entered.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 08/25/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*